# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHANE M.,

    Plaintiff,

                          Case No. 3:22-cv-294
                          District Judge Thomas M. Rose
    v.                      Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OFTHE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  (Doc. #10). Based upon the stipulation of the parties and for good cause shown, **IT IS ORDERED THAT:**

1.  The parties' Joint Motion to Remand (Doc. #10) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

March 13, 2023                                                 s/Thomas M. Rose

                                                                                           _____
                                                                                            THOMAS M. ROSE
                                                                      UNITED STATES DISTRICT JUDGE